# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY EUGENE KING,<br><br>                            Plaintiff,<br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION SSI,<br><br>                            Defendant. | CASE NO. 08CV0812-LAB (RBB)<br><br>**ORDER OF REFERENCE** |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), **IT IS HEREBY ORDERED** all matters arising out of this social security appeal, including pending motions to proceed *in forma pauperis* and to appoint counsel, are referred to United States Magistrate Judge Ruben B. Brooks for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Brooks' chambers with respect to all scheduling, hearing, or other issues.

**IT IS SO ORDERED**.

DATED: May 6, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge