# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY EUGENE KING,<br><br>  Plaintiff,<br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION SSI,<br><br>  Defendant. | CASE NO. 08CV0812-LAB (RBB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff Ronny King ("King") filed this social security appeal on April 28, 2008, and it was referred to Magistrate Judge Brooks on May 8, 2008 for a Report and Recommendation ("R&R"). (Dkt. Nos. 1, 4.) Judge Brooks issued his R&R on March 18, 2009, recommending that King's case be dismissed without prejudice. The R&R is hereby **ADOPTED**.

King has repeatedly failed to prosecute his case. As the R&R details, King initially failed to serve any of the proper parties, and after a status hearing on December 8, 2008, he served the Social Security Administration but not, as required by law, the United States Attorney for this district and the Attorney General of the United States. Fed. R. Civ. P. 4(i)(1)(A)-(B). When the Court held a second status hearing on March 16, 2009, and again considered dismissing this case for want of prosecution, King did not appear.

//
//

1 | To date, King has done nothing to effect proper service of process and prosecute this case.
2 | He filed no opposition to the R&R, either.
3 |     The Court adopts the R&R and dismisses this case without prejudice.
4 |
5 |     **IT IS SO ORDERED**.
6 | DATED: June 25, 2009
7 |
8 | **HONORABLE LARRY ALAN BURNS**
United States District Judge